

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 8:20-CR-00067-JVS |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION AFTER HEARING |
| CLAUDIO ALEJANDRO SILVESTRE-OROZCO | ) [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

1

any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on: *nature of current allegations; lack of stable employment or housing; prior criminal history; all of which suggest lack of amenability to compliance with supervision.*

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: 8/17/21

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge